In the Matter of Lawrence P. Mingey, an Attorney.— Motion granted and respondent disbarred. See memorandum per curiam. Settle order on notice.

Max Goldsmith, Respondent, v. Mary M. Ward, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Lawrence Stevens, Appellant, v. William McAdoo and Others, Respondents.— Order granting leave to appeal to the Court of Appeals vacated and set aside, and application for such leave denied. Memorandum per curiam. Order filed.

The People of the State of New York v. Joseph Somme.— Motion denied. Order filed.

The People of the State of New York v. John H. Willis.— Motion granted. Order filed.

Louis Bernstein v. Chapin S. Fleat.— Motion denied, with ten dollars costs. Order filed.

The People of the State of New York ex rel. Nellie C. Beatty v. Herbert T. Beatty.— Motion granted. Order filed.

Esther Goldman, Plaintiff, v. Frank G. Swartwout, Defendant.— Motion denied, with ten dollars costs. Order filed.

Alice H. Sturges v. Ida J. Walker and Others.— Motion denied, with ten dollars costs. Order filed.

John S. Wise and Another v. Pauline Cohen, Impleaded. (No. 1.) — Motion denied, with ten dollars costs. Order filed.

John S. Wise and Another v. Pauline Cohen, Impleaded. (No. 2.) — Motion denied, with ten dollars costs. Order filed.

Robert B. Carpenter v. The City of New York.— Motion denied. Order filed.

Max Weinberg and Another v. Pincus Schrank and Another.— Motion denied. Order filed.

National Contracting Company v. Hudson River Water Power Company.— Motion denied. Order filed.

Leo Schlesinger v. Ludwig Lehmaier.— Motion denied. Order filed.

Samuel McFadden v. Columbia Fireproofing Company.— Application granted. Order signed.

In the Matter of Grade Damage Commission. In the Matter of Kahrs. In the Matter of De Vinne. In the Matter of Geisler. In the Matter of Tremenheers. In the Matter of Astor. In the Matter of Moran.— Motion granted. Orders filed.

The People of the State of New York ex rel. Edward Leach v. Central Fish Company and Others. (No. 1.) — Motion granted. Order filed.

The People of the State of New York ex rel. Edward Leach v. Central Fish Company and Others. (No. 2.) — Motion denied. Order filed.

In the Matter of Maurice Fitzgerald.— Reference ordered. Settle order on notice.

Sarah E. Buckbee v. Board of Education.— Motion granted. Order filed.

The People of the State of New York, Respondent, v. Bennett L. Porter, Appellant. — Judgment affirmed. No opinion. Order filed.

Elizabeth A. Bull, as Administratrix, etc., of William C. Bull, Deceased, Respondent, v. William E Finn, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Herbert G. Tull, on Behalf of Himself and all Other Policyholders of the Equitable Life Assurance Society Similarly Situated, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint on payment of costs in this court and in the court below. No opinion. Order filed.

Samuel Saffer, Respondent, v. Hugo Cohn, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

John C. Oldmixon, Respondent, v. Ernest Sexauer, Appellant.— Order affirmed, with costs. No opinion. Order filed.

Louis A. Riesgo, Respondent, v. Glengariffe Realty Company and Others, Defendants, Impleaded with James F. A. Clark and Others, as Survivors of the Firm of Clark, Ward & Company, in Liquidation, Appellants.— Order affirmed, with costs. No opinion. Order filed.

Julius Friend, Appellant, v. Emma M. Raymond, Respondent, Impleaded with Others.— Judgment affirmed, with costs. (Houghton, J., dissenting.) No opinion. Order filed.